and place the case upon the next calendar of this court and be ready for argument when the cause is reached; otherwise motion denied, without costs. Present — Jenks, Hooker, Gaynor, Rich and Miller, JJ.

Jacob G. Miller, Respondent, v. Charles Jacob and C. Albert Jacob, Appellants.— Motion for reargument denied, with ten dollars costs. Present — Jenks, Hooker, Gaynor, Rich and Miller, JJ.

L. Aloysius Nelligan, as Receiver, etc., Plaintiff, v. Peter Groth, Appellant. Rudolph Liebmann, Respondent.— Motion to dismiss appeal denied, and motion for leave to correct papers on appeal granted, without costs. Present — Jenks, Hooker, Gaynor, Rich and Miller, JJ.

The People of the State of New York, Respondent, v. Howard W. Laning, Appellant.— Motion granted. Present — Jenks, Hooker, Gaynor, Rich and Miller, JJ.

The People of the State of New York ex rel. A. A. White, Appellant, v. James A. Betts, as Justice of the Supreme Court, Holding a Special Term Thereof, Respondent.— Motion denied. Present — Jenks, Hooker, Gaynor, Rich and Miller, JJ.

Albert N. Ridgely, Respondent, v. Oscar B. Bergstrom and Henry A. Taylor, Doing Business under the Firm Name and Style of Bergstrom & Company, Appellants. — Motion denied, with ten dollars costs. Present — Jenks, Hooker, Gaynor, Rich and Miller, JJ.

Margaret Rooney, as Administratrix, etc., of John Rooney, Deceased, Respondent, v. Brogan Construction Company, Appellant.— Motion for leave to appeal to the Court of Appeals granted. Present — Woodward, Jenks, Gaynor, Rich and Miller, JJ.

John A. Ryan, as Administrator, etc., Respondent, v. Pennsylvania Coal Company, Appellant.— Motion denied, with ten dollars costs. Present — Woodward, Jenks, Hooker, Gaynor and Rich, JJ.

M. Cecelia Sherwood, as Trustee, etc., Appellant, v. Carrie M. Rulon, Respondent.— Motion dismissed, without costs. Present — Woodward, Jenks, Hooker, Gaynor and Miller, JJ.

Irene Warden, an Infant, by William E. Warden, Her Guardian ad Litem, Appellant, v. The City of New York and Others, Respondents.— Motion denied. Present — Jenks, Hooker, Gaynor, Rich and Miller, JJ.

Lillie May Barley, by Lucas Barley, Her Guardian ad Litem, Respondent, v. Erie Railroad Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, Hooker, Gaynor, Rich and Miller, JJ.

John H. Bosworth, Respondent, v. The Nassau Electric Railroad Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Woodward, Jenks, Gaynor, Rich and Miller, JJ.

The City of New York, Respondent, v. Louis Urgalo and John Crispi, Appellants.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Gaynor and Rich, JJ., concurred.

Elizabeth C. Cooper, Individually and in Behalf of Mary Moore, Deceased, Appellant, v. James Moore, Jr., Individually and as Administrator, etc., of Mary